UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUDSON VALLEY ENGINEERING ASSOCIATES, P.C.<br><br>Plaintiff,<br><br>vs.<br><br>KS ENGINEERS, P.C., NYNJ LINK DEVELOPER, LLC<br><br>Defendant. | INDEX NO.: 7:19-cv-07060<br><br>*Civil Action*<br><br>**ORDER COMPELLING PRODUCTION OF DOCUMENTS** |

THIS MATTER having been brought before the Court by letters dated June 2, 2022, regarding a discovery dispute, and the parties having conferred and resolved their disputes, it is

ORDERED that defendant shall be required to comply with plaintiff's supplemental request for production number 4, and to produce no later than seven days after entry of this Order all documents in KSE's possession sent by KSE to any third party mentioning a potential, or actual, false claim being asserted against HVEA.

Dated: June 3, 2022
White Plains, NY

*Cathy Seibel*
_____
CATHY SEIBEL, U.S.D.J.